IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RONALD JERMAINE GRADDY, | : |
| Plaintiff, | : |
| V. | : |
| | : NO. 4:21-cv-00144-CDL-MSH |
| PEYTON MERRITT, *et al.*, | : |
| Defendants. | : |

**ORDER**

On June 24, 2022, the Court adopted the Magistrate Judge's recommendation that this case be stayed pending resolution of Plaintiff's state criminal charges. Order, ECF No. 27. Consistent with that previous Order, Plaintiff's case shall remain STAYED until his state criminal case is complete. Plaintiff may file a motion to reopen this action within 30 days after the conclusion of his state criminal proceeding. Until then, it is ORDERED that this case be administratively CLOSED.

**SO ORDERED**, this **6th** day of **October, 2022.**

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA